**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TONYA RENEE DILL**                                                                       **PLAINTIFF**

v.                                    Case No. 4:22-CV-00948-LPR

**Commissioner, Social Security**
**Administration**                                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Commissioner.

IT IS SO ADJUDGED this 5th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE